**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Phillip POTTER, Defendant–Appellant.**

**No. 05–17218**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 19, 2006.

Before TJOFLAT, HULL and COX, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Phillip Potter in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's